*E-Filed 12/19/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPENCER BRASURE,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN R. CHAPPELL, and<br>THE STATE OF CALIFORNIA,<br><br>    Defendants. | No. C 12-3774 RS (PR)<br><br>**ORDER OF DISMISSAL** |

The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: December 19, 2012

                                      RICHARD SEEBORG<br>
                              United States District Judge

United States District Court<br>For the Northern District of California